# SPECIAL ORDERS

*Order Entered December 10, 1996:*

ROBINSON v CITY OF DETROIT (ON REHEARING), Docket No. 176421. The Court orders that a special panel shall be convened pursuant to Administrative Order No. 1996-4 to resolve the conflict between this case and *Cooper v Wade*, 218 Mich App 649 (1996).

The Court further orders that the opinion on rehearing released November 26, 1966, is hearby vacated.

The appellant shall file a supplemental brief within 28 days of the clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.